# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK LIGHT, JR.**<br>    **Plaintiff,**<br>v.<br>**OTIS BLAIR,** *et al.*,<br>    **Defendants.** | **CIVIL ACTION NO. 19-5107** |

## ORDER

**AND NOW,** this 23rd day of October 2020, upon consideration of Defendant's Motions to Dismiss under Fed. R. Civ. Pro 12(b)(6) and all responses and replies thereto, it is hereby **ORDERED** that Defendant's Motions to Dismiss [Doc. Nos. 17 & 19] are **GRANTED in part** and **DENIED in part** as set forth in the accompanying Memorandum Opinion. Plaintiff may file a Second Amended Complaint by **November 13, 2020**. If Plaintiff does not file a Second Amended Complaint, Defendants shall answer the Amended Complaint by **November 30, 2020**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**